1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11  CURTIS LEE WASHINGTON,                    1:13 -cv-00175-LJO-JLT (HC)

12                    Petitioner,             ORDER DENYING MOTION FOR
                                              APPOINTMENT OF COUNSEL
13          v.
                                              (Doc. 37)
14  TIM VIRGA,

15                    Respondent.

16

17          Petitioner has requested the appointment of counsel, citing his inability to secure the

18  services of a "jailhouse lawyer" as grounds therefore.  There currently exists no absolute right to

19  appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d 479, 481

20  (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However, Title 18 U.S.C.

21  § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests

22  of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case,

23  the Court does not find that the interests of justice require the appointment of counsel at the

24  present time.  Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment

25  of counsel is DENIED.

26
    IT IS SO ORDERED.
27

28      Dated:    **May 12, 2015**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28